UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BANK OF BARODA, NEW YORK BRANCH,

                                        Plaintiff,                    21-CV-06982 (ALC)(VF)

                        -against-                                         ORDER

KEJRIWAL NEWSPRINT MILLS, LLC, et al.,

                                        Defendants.

-----------------------------------------------------------------X

VALERIE FIGUEREDO, United States Magistrate Judge:

        Parties are directed to file a joint letter by **Thursday, September 1, 2022 at 5:00 pm**

updating the Court on the status of discovery, given that discovery was set to close on

August 1, 2022.

**SO ORDERED.**

DATED:        New York, New York
                  August 23, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge