**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**BANK OF BARODA, NEW YORK BRANCH,**

                          **Plaintiff,**

        **-against-**

**KEJRIWAL NEWSPRINT MILLS, LLC, et al.,**

                         **Defendants.**

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 9/29/2022 __

**21-CV-06982 (ALC)(VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

     A discovery conference in this matter was held on September 28, 2022. Defendants are directed to identify their Rule 30(b)(6) witnesses and meet and confer with Plaintiff to schedule depositions. Fact discovery is extended until November 30, 2022.

**SO ORDERED.**

DATED:     New York, New York
              September 29, 2022

                                       _____
                                       VALERIE FIGUEREDO
                                       United States Magistrate Judge