UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

BANK OF BARODA, NEW YORK BRANCH,

                              **Plaintiff,**              21-CV-06982 (ALC)(VF)

            -against-                          **ORDER**

KEJRIWAL NEWSPRINT MILLS, LLC, et al.,

                             **Defendants.**

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Court has received Plaintiff's Motion to Strike Jury Demand filed on September 29, 2022. See ECF No. 43. To date, the Court has not received a response to the motion. If Defendants wish to respond, they are directed to submit a response to the Court no later than **Friday, April 21, 2023, at 5:00 p.m.** If the Court does not receive any response, the motion will be decided based on Plaintiff's submission alone.

       SO ORDERED.

DATED:    New York, New York
              April 14, 2023

                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2023