UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BANK OF BARODA, NEW YORK BRANCH,

                              Plaintiff,                        21-CV-06982 (ALC)(VF)

           -against-                                 **ORDER**

KEJRIWAL NEWSPRINT MILLS, LLC, et al.,

                              Defendants.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A conference in this matter is hereby scheduled for **Monday, June 12, 2023, at 10:00 a.m.** At the conference, the Court will address the parties' outstanding discovery disputes, including the issue regarding Defendant Kejriwal's deposition raised at ECF Nos. 54 and 55. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

SO ORDERED.

DATED:     New York, New York
                May 26, 2023

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2023