UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BANK OF BARODA, NEW YORK BRANCH,    :
   :
                                    Plaintiff,    :
   :      21-CV-6982 (ALC) (VF)
          -against-    :
   :      <u>ORDER ADOPTING</u>
KEJRIWAL NEWSPRINT MILLS, LLC and    :      <u>REPORT AND</u>
RACHNA KEJRIWAL,    :      <u>RECOMMENDATION</u>
   :
                                  Defendants.    :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

On November 2, 2021, this matter was referred to United States Magistrate Judge Debra C. Freeman for general pretrial matters. (ECF No. 14.) The case was subsequently transferred to United States Magistrate Judge Valerie Figueredo on April 30, 2022. On September 29, 2022, Plaintiff filed a Second Motion to Strike Defendants' jury demand asserted in their Answer and Counterclaim at ECF No. 13. (ECF Nos. 43–45.) Defendants have not opposed the motion. (*See* ECF No. 55.) On May 10, 2023, Magistrate Judge Figueredo issued a report and recommendation ("R&R"), recommending that Plaintiff's Second Motion to Strike be granted. (R&R, ECF No. 56.)

Despite notification of the right to object, no objections to the R&R were filed by the deadline of May 24, 2023. Where no timely objections are made, the Court may adopt the report and recommendation so long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014) (citing *Wilds v. United Parcel Serv.*, 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003)). In light of the lack of any objections to the R&R, and because the Court finds no clear error in the record, the Court adopts Magistrate Judge Figueredo's

1

R&R in its entirety. Accordingly, Plaintiff's motion at ECF No. 43 is **GRANTED** and the jury demand asserted in Defendants' Answer and Counterclaim is hereby stricken.

The Clerk of Court is respectfully requested to terminate the pending motion at ECF No. 43.

**SO ORDERED.**

**Dated: May 26, 2023**
    **New York, New York**

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**United States District Judge**

2