UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BANK OF BARODA, NEW YORK BRANCH,

        Plaintiff,      21-CV-06982 (ALC)(VF)

    -against-         **ORDER**

KEJRIWAL NEWSPRINT MILLS, LLC, et al.,

        Defendants.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

  As discussed at the conference on June 12, 2023, Plaintiff will submit its letter motion to compel the deposition of Defendant Rachna Kejriwal and its letter motion to reopen the 30(b)(6) deposition of Defendant Kejriwal LLC by June 23, 2023. Defendants will submit their letter motion in opposition by July 7, 2023, and Plaintiff will submit its reply letter by July 14, 2023

  Further, Defendants will respond to Plaintiff's post-deposition document requests by June 23, 2023. If Defendants have already conducted an adequate search and produced the relevant documents in their possession, counsel for Defendants is to provide a Rule 26(g) certification by June 23, 2023.

  **SO ORDERED.**

DATED:  New York, New York
      June 12, 2023

               _____
               VALERIE FIGUEREDO
               United States Magistrate Judge