UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

BANK OF BARODA, NEW YORK BRANCH,

                    **Plaintiff,**                    21-CV-06982 (ALC)(VF)

      -against-                              **ORDER**

**KEJRIWAL NEWSPRINT MILLS, LLC, et al.,**

                    **Defendants.**

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    For the reasons stated at the conference on November 7, 2023, Plaintiff's motion to compel the deposition of Defendant Rachna Kejriwal in both her personal capacity and as a 30(b)(6) witness is **GRANTED**. To the extent Plaintiff also seeks to reopen the 30(b)(6) deposition of Mr. Kejriwal, the request is **DENIED** without prejudice and with leave to renew the request after the 30(b)(6) deposition of Ms. Kejriwal.

    The Clerk of Court is directed to terminate the motion at ECF No. 60.

    **SO ORDERED.**

DATED:    New York, New York
               November 7, 2023

                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge