UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**BANK OF BARODA, NEW YORK BRANCH,**

                         **Plaintiff,**             **21-CV-06982 (ALC)(VF)**

         **-against-**                                      **ORDER**

**KEJRIWAL NEWSPRINT MILLS, LLC, et al.,**

                         **Defendants.**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Defendant Rachna Kejriwal was served with a notice of deposition on July 12, 2022. Since that time, Ms. Kejriwal has yet to sit for her deposition. On July 14, 2023, Plaintiff sought Court intervention to help resolve this issue, and on November 7, 2023, I entered an order directing Ms. Kejriwal to sit for her deposition. See ECF No. 64. Despite the order, Ms. Kejriwal has still not sat for her deposition. On January 23, 2024, Plaintiff filed a Motion to Show Case requesting: (1) an order holding Ms. Kejriwal in contempt of the November 7, 2023 order; (2) that Ms. Kejriwal be directed to fully comply with the order or have her counterclaim stricken; and (3) that Plaintiff be awarded attorney's fees and costs incurred in connection with seeking Ms. Kejriwal's compliance with the deposition notice. ECF No. 65.

      Ms. Kejriwal is directed to provide dates for her deposition such that the deposition must be completed on or before February 26, 2024. Ms. Kejriwal is warned that failure to sit for her deposition by February 26, 2024 will result in sanctions.

Defendants' motion is therefore **DENIED** without prejudice. Defendants are granted leave to file a renewed motion if Ms. Kejriwal's deposition does not occur by February 26, 2024.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 65.

**SO ORDERED.**

DATED:   New York, New York
         January 25, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge