UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

BANK OF BARODA, NEW YORK BRANCH

                              Plaintiff,

                              -against-

KEJRIWAL NEWSPRINT MILLS, LLC, et al.,

                              Defendants.

------------------------------------------------------------ x

1:21-cv-06982 (ALC) (VF)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Parties' submissions regarding Plaintiff/Counterclaim-Defendant Bank of Baroda, New York Branch's request for a pre-motion conference in relation to its anticipated motion for summary judgment. (ECF Nos. 71, 72). Plaintiff/Counterclaim-Defendant's request for a pre-motion conference is **DENIED**. Plaintiff/Counterclaim-Defendant is **GRANTED** leave to file its motion to for summary judgment. Unless the Parties jointly submit an alternative, the Court sets the following briefing schedule:

       Opening brief due by **October 9, 2024**

       Opposition brief due by **November 6, 2024**

       Reply brief due by **November 20, 2024**

**SO ORDERED.**

Dated:   **September 12, 2024**
             **New York, New York**

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**