**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**BANK OF BARODA, NEW YORK BRANCH**

                             **Plaintiff,**

         **- Against-**

**KEJRIWAL NEWSPRINT MILLS, LLC ET**
**AL,**

                             **Defendants.**

**21-cv-6982 (ALC)**

---

**ANDREW L. CARTER, JR., United States District Judge:**

         The Parties are ordered to submit a joint status report with the status of settlement negotiations

by February 12, 2026.

**SO ORDERED.**

Dated: February 9, 2026
         New York, New York

_____
         **ANDREW L. CARTER, JR.**
         **United States District Judge**