**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**BANK OF BARODA, NEW YORK BRANCH**

                    **Plaintiff,**

       **- Against-**

**KEJRIWAL NEWSPRINT MILLS, LLC ET AL,**

                    **Defendants.**

**21-cv-6982 (ALC)**

---

**ANDREW L. CARTER, JR., United States District Judge:**

       The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on

February 17, 2026 at 2:30 pm.

**SO ORDERED.**

Dated: February 13, 2026
      New York, New York

_____

      **ANDREW L. CARTER, JR.**
      **United States District Judge**