UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANK OF BARODA, NEW YORK BRANCH

                          **Plaintiff,**

    - Against-

KEJRIWAL NEWSPRINT MILLS, LLC ET AL,

                        **Defendants.**

21-cv-6982 (ALC)

**ANDREW L. CARTER, JR., United States District Judge:**

    As discussed during the February 17, 2026 telephonic conference, the Parties are ORDERED to file a joint status report by February 18, 2026 at 2 pm, confirming that settlement has been reached. In the JSR, the Parties should include the date by which they will file the settlement agreement.

**SO ORDERED.**

Dated: February 17, 2026

    New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**