USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _2/19/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

BANK OF BARODA, NEW YORK BRANCH,  :

                 *Plaintiff*,  :

                                :  1:21-CV-6982 (ALC)(VF)

          -v.-  :  ORDER

KEJRIWAL NEWSPRINT MILLS LLC et al.,  :

            *Defendants.*  :

-------------------------------------------------------------------- :
                                    x

ANDREW L. CARTER, JR., District Judge:

    Today's Final Pre-trial Conference and the Trial scheduled for February 23, 2026, are

CANCELED.

**SO ORDERED.**

Dated:      New York, New York
              February 19, 2026

                                  ANDREW L. CARTER, JR.
                                  United States District Judge