UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK OF BARODA, NEW YORK BRANCH,<br><br>Plaintiff,<br><br>- against -<br><br>KEJRIWAL NEWSPRINT MILLS, LLC dba<br>RESOURCE REUTILIZATION LLC, and<br>RACHNA KEJRIWAL, an individual,<br><br>Defendants. | Index No.: 1:21-CV-06982 (ALC) (VF) |
| KEJRIWAL NEWSPRINT MILLS, LLC dba<br>RESOURCE REUTILIZATION LLC, and<br>RACHNA KEJRIWAL, an individual,<br><br>Counterclaim-Plaintiffs,<br><br>- against -<br><br>BANK OF BARODA, NEW YORK BRANCH,<br><br>Counterclaim-Defendant. | |

## STIPULATION OF SETTLEMENT

Plaintiff/Counterclaim Defendant Bank of Baroda, New York Branch (the "Bank") and Defendants/Counterclaim-Plaintiffs Kejriwal Newsprint Mills LLC d/b/a Resource Reutilization LLC ("KNM") and Rachna Kejriwal (together with KNM as "Defendants/Counterclaim-Plaintiffs") jointly submit this Stipulation of Settlement to be So Ordered by the Court. The parties have agreed that this Stipulation of Settlement constitutes a complete resolution on the merits of the claims and counterclaims of the parties in this action upon the following terms:

I.    Payment:

    a.  The total settlement amount to be paid by Defendants/Counterclaim-Plaintiffs to the Bank shall be $100,000 (the "Settlement Amount").

    b.  The first payment of the Settlement Amount will be due on or before May 29, 2026 in the amount of $20,000 by wire transfer to the Bank's account. The

Bank's counsel will provide to Defendants/Counterclaim-Plaintiff's counsel the wire instructions for the payment.

c.  After the first payment of the Settlement Amount, the remaining $80,000 of the Settlement Amount shall accrue interest at the contractual rate under the Credit Agreement dated December 27, 2018 (i.e., 3 Month SOFR + 300 Basis Points with monthly rests) for the months of June, July and August 2026.

d.  The second payment of the Settlement Amount will be due on or before August 31, 2026 in the amount of $80,000, plus all accrued interest set forth herein alone for the months of June, July and August 2026. Defendants/Counterclaim-Plaintiffs' counsel should contact the Bank's counsel to determine the exact amount of additional interest to be paid with this payment, which is approximated, but not guaranteed in any manner, to be $1,368.00. The payment will be made by wire transfer to the Bank's account. The Bank's counsel will provide to Defendants/Counterclaim Plaintiff's counsel the wire instructions for the payment within five (5) business days of the So Ordering of this Stipulation of Settlement.

II.  <u>Confessions of Judgment:</u>

a.  Defendants/Counterclaim-Plaintiffs' payment of the Settlement Amount will be secured by confessions of judgment, in the form of Schedule A hereto, executed by both Defendants/Counterclaim-Defendants for the full amount of the Bank's claim in this case, which is $515,353.41, plus post-judgment interest pursuant to the CPLR from the date of entry of judgment., less any payments received from Defendants/Counterclaim-Plaintiffs under this stipulation at the time the confessions of judgment are triggered by non-payment of the Settlement Amount.

b.   Each of the Defendants/Counterclaim-Plaintiffs agree as a condition of this stipulation to execute their respective confessions of judgment attached as Schedule A contemporaneously with the submission of this Stipulation to the Court to be So Ordered.

c.  The executed Confessions of Judgment shall be held in escrow by counsel for the Bank and shall not be released for filing and enforcement unless and until there is a failure to comply with Section I ("Payment") of this Stipulation of Settlement. Upon satisfaction of the payment obligations in Section I of this Stipulation of Settlement, the Bank shall destroy the Confessions of Judgment.

d.  Defendants/Counterclaim-Plaintiffs further agree that by executing the Confessions of Judgment, Defendants/Counterclaim-Plaintiffs admit the filing and enforcement thereof constitutes a judgment on the merits of the claims brought by the Bank.

III.     Dismissal of Claims and Counterclaims:

    a.  Upon the Court's So Ordering of this stipulation, all claims and counterclaims in this litigation will be dismissed.

    b.  Upon dismissal of all claims and counterclaims in this litigation, this stipulation of settlement, along with the confessions of judgment securing the payments set forth in this stipulation of settlement, will be the governing documents between the parties.

IV.     Discharge of Guarantees, Notes, and UCC Filings

    a.  Upon satisfaction of the Payment Obligations set forth in Section I of this Stipulation of Settlement, the Bank shall discharge and release Defendants/Counterclaim-Plaintiffs from the agreements out of which this litigation arises, including the Credit Agreement, the Security Agreement, the Promissory Note, and the Guaranty Agreements.

    b.  Upon satisfaction of the Payment Obligations set forth in Section I of this Stipulation of Settlement, the Bank shall discharge, remove, or otherwise cancel its UCC filings made pursuant to the terms of the agreements out of which this litigation arises, including the Credit Agreement, the Security Agreement, the Promissory Note, and the Guaranty Agreements.

    c.  Within five (5) business days of the satisfaction of the Payment Obligations set forth in Section I of this Stipulation of Settlement, the Bank shall provide a letter to Defendants/Counterclaim-Plaintiffs confirming the foregoing was done.

Respectfully Submitted,

CONDON & FORSYTH LLP

  /s/ Joseph E. Czerniawski
Joseph E. Czerniawski
Eli G. Burton
Alec Feldman
7 Times Square, 18th Floor
New York, New York 10036
Tel.: (212) 490-9100

*Counsel for*
*Plaintiff/Counterclaim-Defendant*

LAW OFFICES OF JONATHAN E. NEUMAN

  /s/ Jonathan E. Neuman
Jonathan E. Neuman
176-25 Union Turnpike, Suite 230
Fresh Meadows, NY 11366
Tel.: (347) 450-6710

*Counsel for*
*Defendants/Counterclaim-Plaintiffs*

SO ORDERED:

_____
Hon. Andrew L. Carter, Jr.

3/2/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK OF BARODA, NEW YORK BRANCH,<br><br>Plaintiff,<br><br>- against -<br><br>KEJRIWAL NEWSPRINT MILLS, LLC dba RESOURCE REUTILIZATION LLC, and RACHNA KEJRIWAL, an individual,<br><br>Defendants.<br><br>KEJRIWAL NEWSPRINT MILLS, LLC dba RESOURCE REUTILIZATION LLC, and RACHNA KEJRIWAL, an individual,<br><br>Counterclaim-Plaintiffs,<br><br>- against -<br><br>BANK OF BARODA, NEW YORK BRANCH,<br><br>Counterclaim-Defendant. | Index No.: 1:21-CV-06982 (ALC) (VF) |

## AFFIRMATION OF CONFESSION OF JUDGMENT BY
## KEJRIWAL NEWSPRINT MILLS, LLC D/B/A RESOURCE REUTILIZATION LLC

RAHUL KEJRIWAL, being duly sworn, deposes and says:

1. I am the President and Owner of Kejriwal Newsprint Mills, LLC d/b/a Resource Reutilization LLC ("KNM"), a defendant/counterclaim-plaintiff in the above-captioned action, with an address at 72-35 112th Street, Suite #8D, Forest Hills, New York 11375, and I make this confession of judgment pursuant to the Stipulation of Settlement that was executed on March __, 2026.

2. In settlement of the amount claimed by plaintiff/counterclaim-defendant Bank of Baroda, New York Branch (the "Bank"), KNM and Rachna Kejriwal executed, through our counsel, a Stipulation of Settlement dated March __, 2026 pursuant to which KNM and Rachna Kejriwal agreed to permit the immediate entry of judgment in the Bank's favor as set forth in this confession of judgment upon the occurrence of an uncured breach of the Stipulation of Settlement. Under this confession of judgment, KNM agrees to be liable in the sum of $515,353.41, less any payments made by KNM and Rachna Kejriwal under the Stipulation of Settlement, plus post-judgment interest pursuant to the CPLR from the date of entry of judgment.. The sum confessed does not exceed the amount that is claimed by the Bank in the above-captioned action, which is based upon the outstanding

1

principal, interest, and fees and charges the Bank is entitled to recover under certain loan facility agreements at issue in this action.

3. KNM hereby authorizes the entry of judgment against KNM in the amount of Five Hundred Fifteen Thousand Three Hundred Fifty-Three Dollars and Forty-One Cents ($515,353.41), plus i post-judgment interest pursuant to the CPLR from the date of entry of judgment., less any payments made under the Stipulation of Settlement.

4. KNM hereby waives and surrenders any and all other procedural and substantive rights or defenses, including, but not limited to, claims, counterclaims, setoffs, demands or discharges, to the entry of this confession of judgment. KNM has had the opportunity to and did consult with counsel in regard to this confession of judgment.

5. This confession of judgment is not for the purposes of securing the Bank against a contingent liability.

6. I hereby confess judgment and authorize this confessed of judgment to be entered with the clerk of the court of any competent jurisdiction.

7. KNM hereby further agrees that:

   a. judgment may be entered against KNM for the aggregate of the sums of the confessed judgment and any costs of commencing suit to effectuate this confession of judgment;
   b. no proceedings will be taken to interfere in any manner with the operation of the judgment;
   c. no appeal will be prosecuted from the judgment;
   d. all errors that may intervene in the entering of the judgment or the issuing of the enforcement on the judgment shall be waived and released; and
   e. immediate enforcement of the judgment shall be effected upon filing of this confession of judgment.

8. I affirm this ___ day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

<div style="text-align: right">

_____

RAHUL KEJRIWAL
Owner and President, Kejriwal Newsprint
Mills LLC d/b/a Resource Reutilization
LLC

</div>

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANK OF BARODA, NEW YORK BRANCH,

Plaintiff,

- against -

KEJRIWAL NEWSPRINT MILLS, LLC dba
RESOURCE REUTILIZATION LLC, and
RACHNA KEJRIWAL, an individual,

Defendants.

KEJRIWAL NEWSPRINT MILLS, LLC dba
RESOURCE REUTILIZATION LLC, and
RACHNA KEJRIWAL, an individual,

Counterclaim-Plaintiffs,

- against -

BANK OF BARODA, NEW YORK BRANCH,

Counterclaim-Defendant.

Index No.: 1:21-CV-06982 (ALC) (VF)

STATE OF NEW YORK           )
                            ss.:
COUNTY OF _____ )

## AFFIDAVIT OF CONFESSION OF JUDGMENT BY
## KEJRIWAL NEWSPRINT MILLS, LLC D/B/A RESOURCE REUTILIZATION LLC

RACHNA KEJRIWAL, being duly sworn, deposes and says:

1. I was the President and Owner of Kejriwal Newsprint Mills, LLC d/b/a Resource Reutilization LLC ("KNM"), a defendant/counterclaim-plaintiff in the above-captioned action, with an address at 72-35 112th Street, Suite #8D, Forest Hills, New York 11375, and I, as an authorized signatory of KNM, make this confession of judgment pursuant to the Stipulation of Settlement that was executed on March __, 2026.

2. I am an authorized signatory of KNM for purposes of making this affidavit of confession of judgment on KNM's behalf.  My authorization to execute this document on KNM's behalf was granted in a special meeting of the requisite officers and owners of KNM.  I am therefore authorized to execute into this affidavit of confession of judgment and am doing so with KNM's knowledge and consent.

3

3. In settlement of the amount claimed by plaintiff/counterclaim-defendant Bank of Baroda, New York Branch (the "Bank"), KNM and Rachna Kejriwal executed, through our counsel, a Stipulation of Settlement dated March __, 2026 pursuant to which KNM and Rachna Kejriwal agreed to permit the immediate entry of judgment in the Bank's favor as set forth in this confession of judgment upon the occurrence of an uncured breach of the Stipulation of Settlement.  Under this confession of judgment, KNM agrees to be liable in the sum of $515,353.41, less any payments made by KNM and Rachna Kejriwal under the Stipulation of Settlement, plus post-judgment interest pursuant to the CPLR from the date of entry of judgment..  The sum confessed does not exceed the amount that is claimed by the Bank in the above-captioned action, which is based upon the outstanding principal, interest, and fees and charges the Bank is entitled to recover under certain loan facility agreements at issue in this action.

4. KNM hereby authorizes the entry of judgment against KNM in the amount of Five Hundred Fifteen Thousand Three Hundred Fifty-Three Dollars and Forty-One Cents ($515,353.41), plus i post-judgment interest pursuant to the CPLR from the date of entry of judgment., less any payments made under the Stipulation of Settlement.

5. KNM hereby waives and surrenders any and all other procedural and substantive rights or defenses, including, but not limited to, claims, counterclaims, setoffs, demands or discharges, to the entry of this confession of judgment.  KNM has had the opportunity to and did consult with counsel in regard to this confession of judgment.

6. This confession of judgment is not for the purposes of securing the Bank against a contingent liability.

7. I hereby confess judgment and authorize this confessed of judgment to be entered with the clerk of the court of any competent jurisdiction.

8. KNM hereby further agrees that:

   a. judgment may be entered against KNM for the aggregate of the sums of the confessed judgment and any costs of commencing suit to effectuate this confession of judgment;
   b. no proceedings will be taken to interfere in any manner with the operation of the judgment;
   c. no appeal will be prosecuted from the judgment;
   d. all errors that may intervene in the entering of the judgment or the issuing of the enforcement on the judgment shall be waived and released; and
   e. immediate enforcement of the judgment shall be effected upon filing of this confession of judgment.

**[SIGNATURE AND ACKNOWLEDGEMENT FOLLOW]**

4

RACHNA KEJRIWAL
As Authorized Signatory of Kejriwal Newsprint Mills LLC d/b/a Resource Reutilization LLC

## ACKNOWLEDGEMENT

STATE OF NEW YORK      )

                                  ss.:

COUNTY OF _____     )

On the ___ day of March 2026 before me, the undersigned notary public, personally appeared Rachna Kejriwal personally known to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK OF BARODA, NEW YORK BRANCH,<br><br>    Plaintiff,<br><br>  - against -<br><br>KEJRIWAL NEWSPRINT MILLS, LLC dba<br>RESOURCE REUTILIZATION LLC, and<br>RACHNA KEJRIWAL, an individual,<br><br>    Defendants. | Index No.: 1:21-CV-06982 (ALC) (VF) |
| KEJRIWAL NEWSPRINT MILLS, LLC dba<br>RESOURCE REUTILIZATION LLC, and<br>RACHNA KEJRIWAL, an individual,<br><br>    Counterclaim-Plaintiffs,<br><br>  - against -<br><br>BANK OF BARODA, NEW YORK BRANCH,<br><br>    Counterclaim-Defendant. | |

STATE OF NEW YORK    )
            ss.:
COUNTY OF _____ )

## AFFIDAVIT OF CONFESSION OF JUDGMENT BY
## RACHNA KEJRIWAL

RACHNA KEJRIWAL**,** being duly sworn, deposes and says:

1. I am a defendant/counterclaim-plaintiff in the above-captioned action, with an address at [TO BE PROVIDED], and I make this confession of judgment pursuant to the Stipulation of Settlement that was executed on March __, 2026.

2. In settlement of the amount claimed by plaintiff/counterclaim-defendant Bank of Baroda, New York Branch (the "Bank"), defendants/counterclaim-plaintiffs Kejriwal Newsprint Mills, LLC d/b/a Resource Reutilization LLC ("KNM") and I executed, through our counsel, a Stipulation of Settlement dated March __, 2026 pursuant to which KNM and I agreed to permit the immediate entry of judgment in the Bank's favor as set forth in this confession of judgment upon the occurrence of an uncured breach of the Stipulation of Settlement. Under this confession of judgment, I agree to be liable in the sum of $515,353.41, less any payments made by KNM and myself under the Stipulation of

Settlement, plus post-judgment interest pursuant to the CPLR from the date of entry of judgment. The sum confessed does not exceed the amount that is claimed by the Bank in the above-captioned action, which is based upon the outstanding principal, interest, and fees and charges the Bank is entitled to recover under certain loan facility agreements at issue in this action.

3. I hereby authorize the entry of judgment against me in the amount of Five Hundred Fifteen Thousand Three Hundred Fifty-Three Dollars and Forty-One Cents ($515,353.41), plus post-judgment interest pursuant to the CPLR from the date of entry of judgment., less any payments made under the Stipulation of Settlement.

4. I hereby waive and surrender any and all other procedural and substantive rights or defenses, including, but not limited to, claims, counterclaims, setoffs, demands or discharges, to the entry of this confession of judgment. I have had the opportunity to and did consult with counsel in regard to this confession of judgment.

5. This confession of judgment is not for the purposes of securing the Bank against a contingent liability.

6. I hereby confess judgment and authorize this confessed of judgment to be entered with the clerk of the court of any competent jurisdiction.

7. I hereby further agree that:

   a. judgment may be entered against me for the aggregate of the sums of the confessed judgment and any costs of commencing suit to effectuate this confession of judgment;
   b. no proceedings will be taken to interfere in any manner with the operation of the judgment;
   c. no appeal will be prosecuted from the judgment;
   d. all errors that may intervene in the entering of the judgment or the issuing of the enforcement on the judgment shall be waived and released; and
   e. immediate enforcement of the judgment shall be effected upon filing of this confession of judgment.

<div style="text-align: right; margin-top: 3em;">

_____

RACHNA KEJRIWAL
*Individually as personal guarantor*

</div>

7

ACKNOWLEDGEMENT


STATE OF NEW YORK            )
                            ss.:
COUNTY OF_____        )

       On the ___ day of March 2026 before me, the undersigned notary public, personally appeared Rachna Kejriwal a personally known to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.


_____
Notary Public

8