UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANK OF BARODA, NEW YORK BRANCH

                      **Plaintiff,**

    - Against-                       **21-cv-6982 (ALC)**

KEJRIWAL NEWSPRINT MILLS, LLC ET AL,

                      **Defendants.**

**ANDREW L. CARTER, JR., United States District Judge:**

Given that this case has settled, the outstanding motions are denied as moot. The

Clerk of Court is respectfully directed to terminate ECF Nos. 100, 103, and 106.

**SO ORDERED.**

Dated: April 2, 2026

    New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**